United States District Court
Southern District of Texas
**ENTERED**
September 04, 2026
Nathan Ochsner, Clerk

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| Stephen Flynn,<br>*Plaintiff*, | §<br>§<br>§ | |
| v. | § | Civil Action H-25-4291 |
| AmGUARD Insurance Company,<br>*Defendant*. | §<br>§<br>§ | |

**ORDER TO SHOW CAUSE**

On September 3, 2026, the court conducted a motion hearing in this case. ECF No. 17. Plaintiff, Stephen Flynn, appeared but counsel for Plaintiff failed to appear.

A show cause hearing is set for September 17, 2026, at 3:30 p.m. in Courtroom 703. Counsel, Eric B. Dick, former attorney for Plaintiff is **ORDERED** to appear ***personally*** to show cause why sanctions should not imposed against him for failure to appear at the motion hearing.

***Failure to appear will likely result in sanctions against Mr. Dick.***

Signed at Houston, Texas, on September 3, 2026.

Peter Bray
United States Magistrate Judge