**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF TEXAS**

**HOUSTON DIVISION**

| | | |
|---|---|---|
| **STEPHEN FLYNN,** | § | |
| *Plaintiff,* | § | |
| | § | |
| **v.** | § | **CIVIL ACTION NO. 4:25-cv-4291** |
| | § | |
| **AMGUARD INSURANCE** | § | |
| **COMPANY ,** | § | |
| *Defendant,* | § | |

**ATTORNEY ERIC DICK'S APOLOGY TO THE COURRT**

Counsel respectfully apologizes to the Court for failing to appear at the September 3, 2026 hearing. Counsel recognizes the importance of complying with the Court's settings and orders and regrets any inconvenience or disruption caused by his absence.

Counsel had previously withdrawn from the representation in this matter; however, Counsel acknowledges the Court's concern regarding his failure to appear and sincerely apologizes for the oversight. The failure to appear was not intended as a disregard of the Court or its authority.

Counsel has the utmost respect for this Court and appreciates the opportunity to address the matter. Counsel will ensure greater attention to all remaining obligations associated with the withdrawal and respectfully requests that the Court accept this apology.

Dated: September 8, 2026

Respectfully submitted,

By: *<u>/s/ Eric B. Dick</u>*

Eric Dick