**Cause Number:** 25-4291

**Style:** Flynn v. AmGUARD Insurance Company

**Appearances:**

| **Counsel:** | **Representing:** |
|---|---|
| Eric Dick | The Dick Law Firm, PLLC |
| Christopher Avery | AmGUARD Insurance Company |
| | |
| | |

**Date**: September 17, 2026 **ERO**: Yes

**Time**: 3:15 – 3:22 p.m.

**HEARING**
**MINUTES AND ORDER**

At the hearing, the following rulings were made:

The court ordered Eric Dick, former counsel for Plaintiff, to appear on his own behalf to show cause why sanctions should not be imposed for failure to appear at a previous motion hearing. ECF No. 22. Eric Dick is hereby formally **ADMONISHED** that any further failures to appear at hearings in federal court will be met with increasingly severe sanctions. It is hereby **ORDERED** that Eric Dick **SHALL** immediately implement a calendaring system and engage appropriate personnel to ensure that he does not miss future court dates.

The clerk will file the Minutes and Order and provide copies to the parties.

Peter Bray
United States Magistrate Judge